# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| JOSE TRUJILLO, | CASE No. 1:18-cv-00975-LJO-SAB |
| Plaintiff, | ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME FOR ALL |
| vs. | DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING |
| KAID SALEH, et al.; Defendants. | MANDATORY SCHEDULING CONFERENCE |
| | (ECF No. 7) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants Kaid Saleh Nasser and Ali Nagi Moshen Hussein shall have file an answer or otherwise respond to the complaint on or before October 9, 2018;

2. The mandatory scheduling conference in this matter is CONTINUED to November 20, 2018 at 11:30 a.m.; and

3. The parties shall file a joint scheduling report seven (7) days prior to the date set for the scheduling conference.

IT IS SO ORDERED.

Dated: **September 20, 2018**

UNITED STATES MAGISTRATE JUDGE