# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>KAID SALEH NASSER, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00975-SAB<br><br>ORDER VACATING ALL PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 18)<br><br>THIRTY DAY DEADLINE |

On March 28, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**March 23, 2020**__

UNITED STATES MAGISTRATE JUDGE

1